UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BATES,<br><br>  Plaintiff,<br><br>  v.<br><br>FIELD ASSET SERVICES, INC., et al.,<br><br>  Defendants. | No. 2:23-cv-01813-DAD-KJN<br><br>ORDER DISMISSING CERTAIN CLAIMS AND REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. Nos. 5, 10) |

On September 12, 2023, the parties filed a stipulation in which they agreed to: (1) dismiss plaintiff's first, second, and third causes of action, with prejudice, such that the only remaining claim in this action is plaintiff's fourth claim under the Unfair Competition Law, Business & Professions Code §§ 17200 *et seq.* ("UCL"); and (2) remand this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 10.)

Accordingly:

1. Pursuant to the parties' stipulation (Doc. No. 10), plaintiff's first, second, and third claims are dismissed with prejudice;

2. This action, which proceeds only on plaintiff's UCL claim, is remanded to the Sacramento County Superior Court;

/////

1

3. The pending motion to dismiss (Doc. No. 5) is denied as having been rendered moot by this order; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 13, 2023**__

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE